SHIRLEY A. SIDNEY v. CYRIL A. ALLEN, M.D., RALEIGH MEDICAL ASSOCIATES, AND WAKE COUNTY HOSPITAL SYSTEM, INC.

No. 211A94

(Filed 28 July 1995)

Appeal by plaintiff pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 114 N.C. App. 138, 441 S.E.2d 561 (1994), affirming the order and judgment entered by Hight, J., in Superior Court, Wake County, on 10 March 1993. Heard in the Supreme Court 21 June 1995.

*Carol M. Schiller for plaintiff-appellant.*

*Young Moore Henderson & Alvis P.A., by David P. Sousa, for defendant-appellees Cyril A. Allen, M.D., and Raleigh Medical Associates.*

*Smith Helms Mulliss & Moore, L.L.P., by Samuel O. Southern and Alex J. Hagan, for defendant-appellee Wake County Hospital System, Inc.*

PER CURIAM.

AFFIRMED.